# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIANO CASTILLO<br><br>Defendant. | Case No. 1:17-CR-33-BLW<br><br>**ORDER** |

Trial in this case is presently set for July 24, 2017. Defendant filed a motion to suppress on June 23, 2017. The Court can hold a hearing on the motion on July 27, 2017, and will move the trial to August 7, 2017. The new trial date is within the Speedy Trial deadline and so no finding of excludable time is necessary. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that a hearing be held on the motion to suppress (docket no. 16) on **July 27, 2017, at 9:00 a.m.** in the Federal Courthouse in Boise Idaho.

IT IS FURTHER ORDERED, that the jury trial be held on **August 7, 2017, at 1:30 p.m.** in the Federal Courthouse in Boise Idaho.

**Order - 1**

IT IS FURTHER ORDERED, that the pretrial conference shall be held on **July 27, 2017, at 4:00 p.m.** by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

DATED: **July 6, 2017**

B. LYNN WINMILL
Chief Judge
United States District Court